IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

__Edgardo G. Ortiz Rosario__
Full name of plaintiff
*Nombre completo del demandante*

23-cv-1505 MAJ

v.

__Francisco Pares Alicea,__

__Secretario del Departamento de Hacienda.__

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I.   Previous lawsuits.
     *Pleitos radicados anteriormente.*

   A.   Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?*

        [X]   Yes *(Si)*                    ( )   No

   B.   If your answer to "A" is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel*

42:1983                              -1-

*utilizando el mismo modelo.*

1. Parties to the previous lawsuit.
   *Partes en el pleito anterior.*

   Plaintiff(s)
   *Demandante(s)*  Edgardo G. Ortiz Rosario

   Defendant(s)
   *Demandado(s)*  Francisco Pares Alicea
   Secretario de Hacienda

2. Court. If federal court, name the district, if state court, name the county or part.

   *Tribunal. Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*

   Guayama        salón num. 0303

3. Docket number.    GM 2023 CV00199
   *Número asignado.*  GDJP 2023-0015

4. Name of judge to whom the case is assigned.
   *Nombre del juez a quien se le asignó el caso.*

   FDO. Josian J. Rivera Torres

5. Disposition. For example: Was the case dismissed? Was it appealed? Is it still pending?

   *Disposición. Por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?*

   Se Desestimó

6. Approximate date of filing lawsuit.
   *Fecha aproximada en que radicó el pleito.*

   1 de Marzo de 2023.

42:1983                              -2-

       7. Approximate date of disposition.
*Fecha aproximada en que se resolvió el pleito.*

*NO se ha resolvido el pleito.*

II. Place of confinement.
*Lugar actual de reclusión.*

   A. Is there a prisoner's grievance procedure in the institution?
*¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

      [X] Yes *(Sí)*      ( ) No

   B. Did you present the facts related to your complaint in the state prisoner's grievance procedure?
*¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

      [X] Yes *(Sí)*      ( ) No

   C. If your answer is yes,
*Si su contestación es afirmativa,*

      1. What steps did you take?
*¿Qué medidas tomó usted?*

*Presente los hechos bajo el procedimiento de quejas y agravios.*

      2. What was the result?
*¿Cuál fue el resultado?*

*Que Todavia el Departamento de Hacienda NO ha enviado el Incentivo.*

   D. If your answer is No, explain why not.
*Si su contestación es No, explique porqué.*

*Que el Departamento de Hacienda, y el Departamento de Correccion son las Agencias encargado de los fondos Federales.*

42:1983                    -3-

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

(X) Yes *(Sí)*   ( ) No

F. If your answer is Yes,
*Si su contestación es en la afirmativa,*

1. What steps did you take?
*¿Qué medidas tomó usted?*

Ilene varias quejas contra cuenta y la Secretaria de Correccion

2. What was the result?
*¿Cuál fue el resultado?*

Que tengo que esperar por Hacienda que envie el incentivo Economico Federal.

III. Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A. Name of plaintiff
*Nombre del demandante* Edgardo G. Ortiz Rosario

Address
*Dirección* Anexo 500 Edif. CC # 258
P.O. Box 10005 Guayama, P.R. 00785

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B. Defendant / *Demandado*: Francisco Pares Alicea

is employed as / *está empleado como*: Actual Secretario del

at / *en*: Departamento de Hacienda

IV. Statement of Claim. / *Relación de Hechos.*

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los hechos del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

Resolucion 1 de Marzo de 2023 me dan la demanda "CON Lugar" y el 10 de Abril de 2023 me desestima la demanda. El 9 de Agosto de 2023 el tribunal de Guayama me Notifica Nada que proveer, Toda Solicitud Debe ser Realizada en el Departamento de Hacienda. El 13 de Septiembre de 2021 mi solicitud fue llenada aqui en esta Institucion.

Para que todos los confinados puedan beneficiarse del Incentivo Economico Federal, Pero hasta la fecha de hoy NO hé recibido la ayuda del Incentivo Economico Federal.

V. Request for Relief.
*Solicitud de Remedio.*

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted. No escriba argumentos legales ni cite precedentes ni estatutos.*

Muy Respetuosamente le pido a este Honorable Tribunal Federal, Que le Ordene al Secretario de Hacienda el Sr. Francisco Pares Alicea, que cumpla con su deber ministerial. Ya que mi solicitud fue llenada aqui el 13 de Septiembre de 2021 y NO he recibido nada del Incentivo Economico Federal ha pasado mas de 2 años. Solamente que le Ordene al secretario de Hacienda que envie el Incentivo Economico Federal para yo poder beneficiarme de esta ayuda Federal.

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this __29__ day of __Septiembre__ of __2023__.
        (día)             (mes)                  (año)

*Eduardo G. Ortiz Rosario*
Plaintiff's signature
*Firma del demandante*